■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

JOHN WATSON, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Rockland County (Nelson, J.), imposed February 28, 1989.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Rosenblatt, J. P., Miller, Ritter and Copertino, JJ., concur.